ACCEPTED
12-17-00315-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/22/2018 10:39 AM
Pam Estes
CLERK

## No. 12-17-00315-CR

| | | |
|---|---|---|
| **DUSTIN CHRZAS** | § | **IN THE COURT OF APPEALS** |
| Appellant | § | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | |
| **vs.** | § | **12TH JUDICIAL DISTRICT** 1/22/2018 10:39:03 AM |
| | § | PAM ESTES<br>Clerk |
| **THE STATE OF TEXAS,** | § | |
| Appellee | § | **AT TYLER, TEXAS** |

### APPELLANT'S FIST MOTION FOR EXTENSION OF TIME TO FILE BRIEF SIXTY-DAY REQUEST

**TO THE HONORABLE COURT:**

Now comes Austin Reeve Jackson, counsel for Appellant in the above entitled and numbered cause, and makes this Motion, and for good cause shows the following:

### I.

Appellant's brief in this matter is due on 18 January 2018. No prior extensions have been requested.

### II.

While working on this case counsel has also been working on approximately 40 open appellate cases in this and other courts to which he has been appointed by Smith County. This has included investigating motions for new trials (looking for and talking with potential witnesses, jail and office visits with new appellate appointments, trial court appearances for the same), requests for and reviews of reporter's and clerk's records, research, briefing, review of opinions, investigation of potential PDR issues, etc. While not all of these cases have required significant attention from counsel during this time,

many of them have which has resulted in counsel having been unable to devote the full attention necessary to this case prior to today's date.

## II.

No prior extensions have been requested and it is respectfully prayed that the in the interest of justice, the Court grant this motion.

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this Motion and extend the date by which to file a brief by sixty days.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
PO Box 8355
Tyler, TX 77511
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by facsimile concurrently with its filing.

/s/Austin Reeve Jackson